UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | LA CV17-09212 JAK (ASx) | Date | February 10, 2020 |
|---|---|---|---|
| Title | RFS Investments Co., LLC v. Travelers Property Casualty Company of America | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Cheryl Wynn | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING REMAINING CLAIMS WITHOUT PREJUDICE**

**JS-6: CASE TERMINATED**

On March 4, 2019, Defendant's motion for summary judgment was granted as to all of Plaintiff's claims in this insurance coverage dispute, except certain potential ones that could arise in the future. Those future claims would depend on a showing that Plaintiff had commenced and/or undertaken the replacement of structures on the real property that was insured by Defendant, and that Defendant had declined to reimburse Plaintiff for those costs that were covered by the policy. Dkt. 35 at 9. That order confirmed that such claims were not presently ripe for adjudication because no replacement work had commenced and no associated costs had been incurred by Plaintiff. *Id.*

Subsequently, the parties were directed to file joint status reports as to any commencement of work on replacement of any structures on the property. The purpose of the reports was to permit the Court to determine whether this action should be dismissed or stayed. Based on a review of the parties' December 16, 2019 joint report (Dkt. 59) and Defendant's February 5, 2020 report (Dkt. 61), there is no present showing that any work associated with a potential replacement structure(s) has commenced. Therefore, there is no live controversy between the parties at this time. Thus, unless or until replacement costs are incurred by Plaintiff, and any reimbursement is denied by Defendant, there is no justiciable controversy. Further, there is no showing that Plaintiff has not had sufficient time since March 4, 2019, to commence a construction process.

In light of the foregoing, the remaining claims in this action are **DISMISSED WITHOUT PREJUDICE**. Within 14 days of the issuance of this Order, Defendant shall lodge a proposed judgment that is consistent with this Order and with the one that granted the motion for summary judgment. Thus, it should reflect those claims that have been dismissed with prejudice, and those that have been dismissed without prejudice. Plaintiff shall file any objection to the form of the proposed judgment within 10 days after it is lodged; provided, however, if Plaintiff's present counsel, Mr. Glenn T. Rosen, cannot act on its behalf due to the status of his ability to practice in light of proceedings before the California Bar, Plaintiff itself may file a notice to that effect, including any statement as to any efforts to obtain new counsel. If no objection or notice is timely filed, it will be deemed a consent by Plaintiff to the process set forth in this Order. Counsel for Defendant shall serve a copy of this Order on both Plaintiff's present counsel and Plaintiff.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | LA CV17-09212 JAK (ASx) | Date | February 10, 2020 |
|---|---|---|---|
| Title | RFS Investments Co., LLC v. Travelers Property Casualty Company of America | | |

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | VRV |