FILED
CLERK, U.S. DISTRICT COURT
2/27/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RFS INVESTMENTS CO., LLC, a California Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; and DOES 1 to 20, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-09212 JAK (ASx)<br><br>**JUDGMENT FOR DEFENDANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ON COMPLAINT BY PLAINTIFF RFS INVESTMENTS CO., LLC** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**

1. Plaintiff take nothing from Travelers, and that Plaintiff's action against Travelers is dismissed with prejudice;

2. Travelers shall recover costs from Plaintiff by submitting a post-judgment bill of costs for review following any opposition by Plaintiff.

3. Judgment is entered in favor of Defendant Travelers Property Casualty Company of America and against Plaintiff RFS Investments Co., LLC with respect to each of the causes of action alleged by Plaintiff in the Complaint against Travelers; and

4. This Judgment is without prejudice to Plaintiff bringing viable claims against Travelers that may arise if a structure replacing the destroyed warehouse is built.

Dated: February 27, 2020

_____
John A. Kronstadt
United States District Judge